STEVEN W. PITE (CA SBN 157537)
JOHN D. DUNCAN (CA SBN 179560)
JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CITIBANK, NA AS TRUSTEE FOR WAMU SERIES 2007-HE2 TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| In re | Case No. 09-11874 |
|---|---|
| SERVANDO LEDESMA, | Chapter 13 |
| Debtor(s). | CITIBANK, NA 'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for CitiBank, NA as trustee for WaMu Series 2007-HE2 Trust hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

/././

REQUEST FOR SPECIAL NOTICE

Joseph C. Delmotte
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: January 15, 2010        PITE DUNCAN, LLP

/s/ Joseph C. Delmotte
JOSEPH C. DELMOTTE
Attorneys for CITIBANK, NA AS TRUSTEE FOR WAMU SERIES 2007-HE2 TRUST

REQUEST FOR SPECIAL NOTICE    2
Case: 09-11874    Doc# 19    Filed: 01/15/10    Entered: 01/15/10 14:29:42    Page 2 of 3

# CERTIFICATE OF SERVICE BY MAIL

I, Gary Peng, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

I served the attached REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS by placing a true copy thereof in an envelope addressed to:

Evan Livingstone
Law Offices of Evan Livingstone
182 Farmer's Lane 100A
Santa Rosa, CA 95405

Servando Ledesma
348 Harvest Lane
Santa Rosa, CA 94501

David Burchard
393 Vintage Park Drive, Suite 150
Foster City, CA 94404

U.S. Trustee
Department of Justice
235 Pine Street
Suite 700
San Francisco, CA 94104

which envelope was then sealed and postage fully prepaid thereon, and thereafter on January 15, 2010, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2010          /s/ Gary Peng
                                 GARY PENG

REQUEST FOR SPECIAL NOTICE    2
Case: 09-11874    Doc# 19    Filed: 01/15/10    Entered: 01/15/10 14:29:42    Page 3 of 3