Form 210A (10/06)

# United States Bankruptcy Court
# Northern District Of California (Santa Rosa)

In Re: SERVANDO LEDESMA          Case No. 09-11874

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee | Transferor |
|---|---|
| Candica L.L.C. | |
| c/o Weinstein & Riley, P.S. | c/o Weinstein & Riley, P.S. |
| | Capital One |

Name and Address where notices to transferee should be sent:

CANDICA L.L.C.
C O Weinstein And Riley, Ps
2001 Western Avenue, Ste 400
Seattle, Wa 98121

Phone: (877) 332-3543

Last Four Digits of Acct #: XXXXXXXXXXXX2055

Name and Address where transferee payments should be sent:

CANDICA L.L.C.
C O Weinstein And Riley, Ps
Po Box 3978
Seattle, Wa 98124-3978

Phone: (877) 332-3543

Last Four Digits of Acct #: XXXXXXXXXXXX2055

Court Claim # (if known):

Amount of Claim: $4709.99

Date Claim Filed:

Phone:

Last Four Digits of Acct #:
XXXXXXXXXXXX2055

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Richard S. Ralston, WA Bar No. 8546
Date: February 11, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 _3571*

Form 210B (10/06)

# United States Bankruptcy Court
# Northern District Of California (Santa Rosa)

In Re: SERVANDO LEDESMA          Case No. 09-11874

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.        (if known) was filed or deemed filed under 11 U.S.C. 1111 (a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on February 11, 2010.

| Transferor | Transferee |
|---|---|
| c/o Weinstein & Riley, P.S.<br>Capital One | Candica L.L.C.<br>c/o Weinstein & Riley, P.S. |

Name and Address where notices to transferee should be sent:

CANDICA L.L.C.
C O Weinstein And Riley, Ps
2001 Western Avenue, Ste 400
Seattle, Wa 98121

Address of Alleged Transferor

C O Weinstein And Riley, Ps
2001 Western Avenue, Ste 400
Seattle, Wa 98121

### DEADLINE TO OBJECT TO TRANSFER

The alleged Transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                **CLERK OF THE COURT**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 _3571*