**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form ODD13

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

| | |
|---|---|
| In re:<br>Servando Ledesma<br>348 Harvest Ln<br>Santa Rosa, CA 95401 | Case Number: 09–11874 AJ<br>Chapter: 13 |
| Debtor(s) | |
| **Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–9195 | |

## ORDER DISCHARGING DEBTOR

The plan of the debtor(s) having been fully performed, **IT IS ORDERED as follows**:

The debtor(s) is/are discharged of all debts provided for by the plan except to the extent that applicable federal law provides otherwise.

Dated: 9/28/10

By the Court:

Alan Jaroslovsky
United States Bankruptcy Judge

Doc #34